UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACOBI GAINES,

    Plaintiff,

v.

ALAMEDA COUNTY SANTA RITA JAIL, et al.,

    Defendants.

Case No. 24-cv-02514-PCP

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

The above-captioned pro se civil rights action was filed on April 25, 2024. On that date, the Clerk notified Plaintiff that the action was deficient because he had neither paid the filing fee, nor attached a prisoner's trust statement to the completed *in forma pauperis* ("IFP") application as required to complete that application. Dkt. No. 3. Plaintiff was advised that failure to pay the fee or file the trust statement within 28 days would result in dismissal of the action. *See id*.

Plaintiff did not pay the filing fee or file a trust statement. The deadline by which to do so has passed. This federal civil rights action is DISMISSED without prejudice for failure to comply with the Clerk's Notice and for failure to prosecute. *See* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Plaintiff may ask to reopen the action. To do this, he must file a motion with the words MOTION TO REOPEN written on the first page **and** must file and perfect his IFP application.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: September 18, 2024

P. Casey Pitts
United States District Judge